FILED IN
COURT OF CRIMINAL APPEALS

March 26, 2015

ABEL ACOSTA, CLERK

PD-0326-15

NO. _____

PD-0326-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/26/2015 11:42:23 AM
Accepted 3/26/2015 1:31:40 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| **MARCUS EDWARD CLICK** | § | **IN THE COURT OF CRIMINAL APPEALS** |
| | § | |
| **v.** | § | **STATE OF TEXAS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES,** the Appellant, MARCUS EDWARD CLICK, and moves for an extension of time to file the Appellant's Petition for Discretionary Review in this case, and in support thereof would show the following:

I.

a.    This case is pending below in the 355th of Hood County, Texas under Cause No. CR12270, styled *State of Texas v. Marcus Edward Click.* It is also pending in the Fort Worth Court of Appeals under case number 02-14-00247-CR.

b.    Appellant was convicted of Intoxication Manslaughter and sentenced to 10 years imprisonment in the Texas Department of Criminal Justice. The judgment date was May 27, 2014. Appellant is currently in prison. On February 26, 2015, the Court of Appeals affirmed the conviction.

c.    The deadline for filing the Appellant's Petition for Discretionary Review was March 28, 2015.

d.    Appellant requests an extension until April 28, 2015, to file the Petition for Discretionary Review.

e.    The reason for this request is that counsel has filed the following documents within the last 30 days:

1.    Brief in *Lisa Ann Trevino a/k/a Lisa Ann Diaz v. State of Texas*, No. 05-15-00043-CV, in the Dallas Court of Appeals.

**Motion for Extension of Time to File Appellant's Petition for Discretionary Review - Page 1**

2.  Applications for Writs of Habeas Corpus in *Ex Parte Keith Allen Jones*, Trial Court No. 2011-1299-C2, in the 54th District Court of McLennan County, Texas.

3.  Brief in *Ricardo Beltran v. State of Texas*, No. PD-1076-14, in the Court of Criminal Appeals in Austin, Texas.

4.  Supplemental Reply to Government's Response to Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255 in *Derick L. Jimerson v. United States*, No. 4:13-CV-523, in the United States District Court for the Eastern District of Texas.

5.  Application for Writ of Habeas Corpus in *Ex Parte Paul Joseph Lair, Jr.*, Trial Court No. 1152604D, in the 213th District Court of Tarrant County, Texas.

6.  Motions for New Trial in *State of Texas v. Mohsin Zia*, Nos. F13-33179-LM and F13-33180-LM, in the 194th District Court of Dallas County, Texas.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Motion be granted.

Respectfully submitted,


    /s/ Gary A. Udashen
GARY A. UDASHEN
Texas State Bar No. 20369590

ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 fax

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Extension of Time to File Appellant's Brief was electronically delivered to the Hood County District Attorney's Office, 1200 W. Pearl Street, Granbury, Texas 76048, and to the State Prosecuting Attorney, P. O. Box 12405, Austin, Texas 78711, on this the 26th day of March, 2015.

/s/ Gary A. Udashen
GARY A. UDASHEN

**Motion for Extension of Time to File Appellant's Petition for Discretionary Review - Page 3**